THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ROSS ISLAND SAND AND GRAVEL COMPANY, an Oregon Corporation, Oregon Registration No. 029100-16, WA UBI No. 409004895, WA Contractor's License No. ROSSISG197LE,<br><br>Defendant. | NO. 2:18-cv-00571-JLR<br><br>ORDER OF DEFAULT JUDGMENT AGAINST ROSS ISLAND SAND AND GRAVEL COMPANY<br>[PROPOSED] |

Ross Island Sand and Gravel Company, defendant herein, having been served via process server on May 22, 2018; the defendant having failed to plead to otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of the defendant having been duly entered according to law, upon the application of plaintiff, judgment is hereby entered against said defendant pursuant to the prayer of plaintiff's complaint.

DEFAULT JUDGMENT – 1
Cause No. 2:18-cv-00571-JLR

8200 548 th071204

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

THEREFORE, IT IS HEREBY ORDERED that plaintiff Board of Trustees of the Automotive Machinists Pension Trust have a judgment for the delinquent payment of contributions, liquidated damages, interest, and attorney fees and costs for the period of November 2017 through June 2018 to recover from defendant, Ross Island Sand and Gravel Company, the following amounts: $73,853.75 in contributions, $16,852.40 in liquidated damages, $3,251.50 in interest, $3,172.00 in attorney fees, and costs of $445.00, for a total judgment of $97,574.65.

Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

DONE IN OPEN COURT this 2nd day of October, 2018.

_____
Honorable James L. Robart
U.S. District Court Judge

Presented by:

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
 & COUGHRAN, P.S.
Attorneys for Plaintiff

DEFAULT JUDGMENT – 2
Cause No. 2:18-cv-00571-JLR

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

8200 548 th071204